UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN ATKINS #742687,

    Plaintiff,

v.

    Case No. 2:23-cv-130

UNKNOWN MENARD and
BETHANY STAIN,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Bethany Stain filed a motion for motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 24, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 17) is GRANTED. Plaintiff's First Amendment retaliation and Eighth Amendment sexual assault claims against Defendant Menard remains.

Dated: February 26, 2024
    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge